IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND SIDA, individually and on behalf of all persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>PINTURA CONSTRUCTION LLC, CHURCHILL COMMUNITY DEVELOPMENT LP, SJ GROUP LLC, AMERIHOST SERVICES LLC, MOTEL 6 BANKSVILLE ROAD, PITTSBURGH STUDIOS LP, PARADIGM CONSULTANTS LLC, GLOBAL HOST INC., WINDOWS R US LLC, SJ GROUP HOLDING LLC, RAMESH JAIN and VIKAS JAIN.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 2:18-cv-00806<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR COURT APPROVAL OF**
**SETTLEMENT AGREEMENT AND GENERAL RELEASES**

Plaintiff, Raymond Sida, and Defendants, Pintura Construction LLC, Churchill Community Development LP, SJ Group LLC, Amerihost Services LLC, Motel 6 Banksville Road, Pittsburgh Studios LP, Paradigm Consultants LLC, Global Host Inc., Windows R Us LLC, SJ Group Holding LLC, Ramesh Jain and Vikas Jain, (collectively, the "Parties"), by and through their undersigned counsel, move this Court for an Order:

1. Approving the terms of the Settlement Agreement between Plaintiff and Defendants, attached to this Motion as *Exhibit A*.

2. Finding that the Settlement Agreement and Release was reached as a result of a bona fide dispute, followed by meaningful discovery and investigation conducted by counsel for

both parties; the Settlement Agreement and Release is a result of an adversarial, arms'-length negotiation between eh parties, and the terms of settlement are in all respects fair and equitable.

      3.      Ordering that the parties must comply with the terms of the Settlement Agreement and Release.

      4.      For Settlement purposes only, certifying a collective action pursuant to 29. U.S.C. § 216(b) on behalf of all current and former employees of Defendant who have filed Opt-In Consent forms in this matter.

      5.      Approving Settlement Administration costs to be paid from the Gross Settlement Amount as agreed upon in the Confidential Settlement Agreement and Release.

      6.      Approving Defendant's Gross Settlement Amount of $20,000 as agreed upon in the Confidential Settlement Agreement and Release.

      7.      Dismissing this action against Defendants with prejudice, except that the Court will reserve exclusive and continuing jurisdiction over this action with respect to any further proceedings concerning the administration, implementation, enforcement, construction or consummation of the Confidential Settlement Agreement and Release.

      8.      In reaching the settlement set forth in the Agreements, the Parties took into account all known facts, including the defenses asserted by Defendant, the risks of litigation, and the significant time delay to litigate this action.  After thorough consideration of all those factors, the Parties, each represented by experienced and competent counsel, believe that the Agreements are fair, reasonable, and adequate resolution of this action.

      12.      A proposed Order is attached.

WHEREFORE, Plaintiff Raymond Sida and Defendants Pintura Construction LLC, Churchill Community Development LP, SJ Group LLC, Amerihost Services LLC, Motel 6

Banksville Road, Pittsburgh Studios LP, Paradigm Consultants LLC, Global Host Inc., Windows R Us LLC, SJ Group Holding LLC, Ramesh Jain and Vikas Jain jointly respectfully request that this Honorable Court approve the Agreement and dismiss this civil action in its entirety with prejudice.

Respectfully submitted,

| HARDIN THOMPSON, P.C. | TUCKER ARENSBERG, P.C. |
|---|---|
| */s/ Kenneth J Hardin II* | /s/ *Richard Etter* |
| Kenneth J. Hardin II | Richard Etter |
| PA I.D. No. 58303 | PA I.D. No. 92835 |
| The Frick Building | Christopher Polchin |
| 437 Grant Street | PA I.D. No. 316636 |
| Suite 620 | 500 Grant Street |
| Pittsburgh, PA 15219 | Suite 2500 |
| (412) 315-7195 | Pittsburgh, PA 15219 |
| (412)315-7386 (facsimile) | (412) 394-5529 |
| *Counsel for Plaintiff* | (412) 391-6984 (facsimile) |
| | *Counsel for Defendants* |