IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND SIDA, individually and on behalf of all persons similarly situated ) )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) <br>PINTURA CONSTRUCTION LLC, )<br>CHURCHILL COMMUNITY )<br>DEVELOPMENT LP, SJ GROUP LLC, )<br>AMERIHOST SERVICES LLC, MOTEL 6 )<br>BANKSVILLE ROAD, PITTSBURGH )<br>STUDIOS LP, PARADIGM )<br>CONSULTANTS LLC, GLOBAL HOST )<br>INC., WINDOWS R US LLC, SJ GROUP )<br>HOLDING LLC, RAMESH JAIN and )<br>VIKAS JAIN., ) | Case No.: 2:18-cv-00806 |

Defendants

## ORDER OF FINAL DISMISSAL

AND NOW, this 30TH day of August 2019, upon consideration of the Parties' Joint Motion for Court Approval of the Release and Settlement Agreement (the "Joint Motion") and the terms of the fully-executed Release and Settlement Agreement attached as Exhibit A to the Joint Motion, it is ORDERED that the Joint Motion is GRANTED, that the Release and Settlement Agreement is APPROVED, and that this action is DISMISSED in its entirety WITH PREJUDICE with each party to bear its own costs and attorneys' fees except as otherwise set forth in the Release and Settlement Agreement.

BY THE COURT:

_____
The Honorable Mark R. Hornak